STATE OF FLORIDA ex rel. M. C. O'Farrell v. CURTIS HIXON, as Mayor of the City of Tampa; H. J. HICKEY as Chairman of the Civil Service Board of the City of Tampa; H. W. (JACK) PEN-DOLA, L. E. McELDOWNEY, GIBBS W. HARRIS, and ANGUS WILLIAMS as Members of the Civil Service Board of the City of Tampa.

36 So. (2nd) 371                      June Term, 1948
July 13, 1948                           Division B

*Forrest O. Hobbs,* for appellant.

*Karl E. Whitaker* and *Ralph A. Marsicano,* for appellee.

PER CURIAM:

We have examined carefully the transcript of record in this case and have ascertained that the questions presented find their complete answers in the case of Nelson v. Quigg, 156 Fla. 189, 23 So. (2nd) 136 and cases therein cited.

An examination of the transcript of the record discloses that the ruling made by the Civil Service Board of the City of Tampa and affirmed by Circuit Judge Parks is sustained by substantial evidence.

Affirmed.

THOMAS, C. J., ADAMS, BARNS and HOBSON, J.J., concur.